IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Orlando Zayas, Plaintiff<br>v.<br>United Innovative Solutions Corp. (a/k/a Y2K Electronics, Inc.) & Acculight USA Inc. and Febin Mootheril and Joe Veliyathumalil, individually, Defendants | Case No.: 1:17-cv-2201<br>Judge: Hon. Robert W. Gettleman<br>Magistrate Judge: Hon. Sheila M. Finnegan |

## STIPULATION OF DISMISSAL

Plaintiff Orlando Zayas and Defendants United Innovative Solutions Corp. (a/k/a Y2K Electronics, Inc.), Acculight USA Inc., Febin Mootheril, individually, and Joe Veliyathumalil, individually, through respective counsel, hereby file this Stipulation of Dismissal of the above-styled matter without prejudice, to automatically convert to a dismissal with prejudice on September 1, 2018, unless any motion to reinstate is filed on or before September 1, 2018, each party to bear its respective costs and fees.

Respectfully submitted on May 16, 2018.

| | |
|---|---|
| s/ Valentin T. Narvaez<br>Plaintiff's Counsel<br>Consumer Law Group, LLC<br>6232 N. Pulaski Rd, Suite 200<br>Chicago, IL 60646<br>312-878-1302<br>vnarvaez@consumerlaw.com | s/ Daniel Walker, Jr.<br>Defendants' Counsel<br>Cesario & Walker<br>211 West Chicago Ave., Ste 118<br>Hinsdale, IL 60521<br>630-920-8800<br>dan@cesariowalker.com |